IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01646-LTB-BNB

FREMONT PAVING & REDI-MIX, INC., a Colorado corporation,

Plaintiff,

v.

R & O CONSTRUCTION COMPANY, a Utah corporation,

Defendant.

---

**ORDER**

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **August 4, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 21, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge