**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01646-LTB-BNB

FREMONT PAVING & REDI-MIX, INC., a Colorado corporation,

    Plaintiff,

v.

R & O CONSTRUCTION COMPANY, a Utah corporation,

    Defendant.

___

**ORDER OF DISMISSAL**
___

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 25 - filed August 6, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                BY THE COURT:

                  s/Lewis T. Babcock
                Lewis T. Babcock, Judge

DATED: August 7, 2008